IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD NANCE<br>    Plaintiff,          )<br>                           )<br>       v.                 )   No. 17 cv 1092<br>                           )   Hon. Rebecca R. Pallmeyer<br>METROPOLITAN LIFE INSURANCE,  )   Mag. Judge Young B. Kim<br>COMPANY,                            )<br>    Defendant.           )| |

## FIRST AMENDED COMPLAINT

Plaintiff Edward Nance (Plaintiff"), by his attorney, for his Complaint against Metropolitan Life Insurance Company ("Defendant"), states as follows:

1. Plaintiff is an individual residing in and a resident of Illinois.

2. Defendant is a national insurance company doing business in Illinois

3. This Complaint is brought under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq. ("ERISA"). This Court has jurisdiction pursuant to section 502(e)(1) of ERISA as this claim arises pursuant to section 502(a)(1)(B) regardless of the amount in controversy (section 502(f)).

4. On May 24, 2015, Plaintiff was injured while off duty from work.

5. On May 24, 2015, Plaintiff was placed on short term disability and received benefits from that plan through December 29, 2015.

6. Prior to his injury, Plaintiff had purchased a long term disability policy from Defendant.

7. Pursuant to the policy Defendant should have paid Plaintiff long term disability benefits through March 14, 2016, when he returned to work. Plaintiff worked until June 29, 2016.

1

8. On June 30, 2016, Plaintiff was required to have a second surgery related to the same injury. The second surgery was a direct result of the original injury. Beginning on June 30, 2016, Plaintiff was unable to work and ordered not to work by his physician at all times relevant to this claim.

9. As Plaintiff's second absence from work was related to the same injury for which Plaintiff had already met the six months waiting period requirement, Plaintiff should not have had to wait an additional 6 month waiting period before receiving benefits.

10. Plaintiff should have received benefits from June 30, 2016, through December 27, 2016.

11. To date, despite repeated requests, Defendant has not paid Plaintiff the long term disability benefits he is due.

WHEREFORE, Defendant respectfully requests that this Court: (1) enter judgment against Defendant for all benefits owed from December 29, 2015 to March 14, 2016, and June 30, 2016 through December 27, 2016, totaling approximately $23,580.90; and (2) award such further relief as this Court deems just.

Edward Nance

By: /s/ James E. Taylor

James E. Taylor
9401 S. Forest Ave.
Chicago, IL 60619
(773) 390-6077
jtaylor@jetlaw.net
Atty. No. 6210254

## **CERTIFICATE OF SERVICE**

I, James E. Taylor, an attorney, hereby certify that the forgoing FIRST AMENDED COMPLAINT has been served upon the following:

Warren von Schleicher
Smith, von Schleicher & Assoc.
180 N. LaSalle St.
Suite 3130
Chicago, IL  60601

by electronic mail this 13th day of April, 2017.

/s/ James E. Taylor